IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL ERMILIO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:24-cv-00494 |
| ASCEND LOANS, LLC, ET AL. | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT ASCEND LOANS, LLC'S DISCLOSURE
STATEMENT PURSUANT TO FEDERAL RULE 7.1**

Defendant Ascend Loans, LLC, by and through counsel, and pursuant to Federal Rule 7.1, states that it is a wholly owned economic development arm and instrumentality of the Habematolel Pomo of Upper Lake, a federally recognized Indian tribe, it has no parent corporations, and no publicly held corporation owns 10% or more of their stock.

Respectfully submitted,

/s/Paul Croker
Paul Croker
Armstrong Teasdale LLP
2345 Grand Blvd., Suite 1500
Kansas City, MO 64108
Phone 816.221.3420
Fax: 816.221.0786
pcroker@atllp.com

**Attorneys for Defendant Ascend Loans, LLC.**