IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ERMILIO,

    Plaintiff,

v.

                              Case No. 24-cv-494-wmc

ASCEND LOANS, LLC, AANIIH
NAKODA FINANCE, LLC, BIG
PICTURE LOANS, LLC, BENHTI
ECONOMIC DEVELOPMENT
CORPORATION, and ROSEBUD
LENDING,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Ascend Loans, LLC, Aaniih Nakoda Finance, LLC, Big Picture Loans, LLC, Benhti Economic Development Corporation, and Rosebud Lending against plaintiff Michael Ermilio dismissing this case with prejudice on the ground that each of the defendants is entitled to tribal sovereign immunity.

| s/ Deputy Clerk | 12/04/2024 |
| --- | --- |
| Joel Turner, Clerk of Court | Date |